**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

METROPOLITAN LIFE
INSURANCE COMPANY,

Plaintiff,

v.

HELEN JOHNSON, being sued as
Helen K. Johnson; MARK A. JOHNSON;
SUZANNE M. CONRAD; SHEILA J.
BERGERUD; and SANDRA J. SCHULTZ,

Defendants.

Civil No. 00-2320 (DWF/RLE)

**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 9, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 09 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________