**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

---

Metropolitan Life Insurance Company,

Plaintiff,

v.

Helen K. Johnson, Mark A. Johnson, Suzanne M. Conrad, Sheila J. Bergerud, and Sandra J. Schultz,

Defendants.

Civil File No. 00-CV-2320 DWF/RLE

**ORDER**

---

IT IS ORDERED that the dismissal of this action is continued for an additional sixty (60) days from the date of this order to permit Metropolitan Life Insurance Company to seek leave of court to add an additional defendant.

Dated: June 14, 2001.

BY THE COURT:

Donovan W. Frank
Judge of U.S. District Court

287442.WPD

FILED JUN 14 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK