**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

---

Metropolitan Life Insurance Company,

Plaintiff,

v.

Helen K. Johnson, Mark A. Johnson, Suzanne M. Conrad, Sheila J. Bergerud, and Sandra J. Schultz,

Defendants.

Civil File No. 00-CV-2320 DWF/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that the above-entitled action may be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 7/23/01

By ___________________
Gregory W. Deckert (License #192867)
Attorneys for Plaintiff
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED AUG 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 17 2001
DEPUTY CLERK

Dated: 7/30/01

KREKELBERG, SKONSENG & LINDBERG, PLLP

By ____________________
Charles A. Krekelberg (License #5821X)
Jason M. Hastings (License #0294573)
Attorney for Defendant Helen K. Johnson
10 North Broadway
Pelican Rapids, MN 56572
(218) 863-6651

Dated: 8/13/01

NYCKLEMOE, NYCKLEMOE & ELLIG

By ____________________
David H. Nycklemoe (License #80172)
Tucker J. Hummel (License #0286230)
Attorney for Defendants Mark A. Johnson, Suzanne M. Conrad, Sheila J. Bergerud, and Sandra J. Schultz
106 East Washington Avenue
Fergus Falls, MN 56537
(218) 736-5673

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to either party and a judgment of dismissal with prejudice and on the merits shall be entered immediately.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 8/17/01

**BY THE COURT:**

____________________
Donovan W. Frank
Judge of U.S. District Court

291207.WPD

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500